IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **JAMIL RUDKIN** | * |
| | * |
| **Plaintiff** | |
| | * Civil Action No.1:15-cv-3195 |
| v. | |
| | * |
| **CASHCALL, INC.** | |
| | * |
| **Defendant** | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Jamil Rudkin, by his undersigned counsel, voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

Dated: January 13, 2016            Respectfully Submitted,


                        By :   */s/ Steven B. Isbister*
                               Steven B. Isbister, Esq.
                               Law Offices of E. David Hoskins, LLC
                               16 E. Lombard Street, Ste. 400
                               Baltimore, Maryland 21202
                               (410) 662-6500
                               (410) 662-7800 facsimile