# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| **JAMIL RUDKIN** | * |
| | * |
| **Plaintiff** | |
| | * Civil Action No.1:15-cv-3195 |
| v. | |
| | * |
| **CASHCALL, INC.** | |
| | * |
| **Defendant** | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Jamil Rudkin, by his undersigned counsel, voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

Dated: January 13, 2016                           Respectfully Submitted,

                                        By :   /s/ Steven B. Isbister
                                               Steven B. Isbister, Esq.
                                               Law Offices of E. David Hoskins, LLC
                                               16 E. Lombard Street, Ste. 400
                                               Baltimore, Maryland 21202
                                               (410) 662-6500
                                               (410) 662-7800 facsimile

" __APPROVED__ " THIS 13th DAY
OF January, 20 16
_____
SENIOR UNITED STATES DISTRICT JUDGE
WILLIAM M. NICKERSON

1